JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ALEJANDRO CARMONA,<br><br>Petitioner,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>Respondent. | Case No. 2:25-cv-05280-SVW-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: November 19, 2025

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE